## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CORNERSTONE ASSURANCE GROUP INC., a Florida corporation, | ) ) ) |
| Plaintiff, | ) Case No. 17-CV-4718 ) ) |
| vs. | ) Hon. Charles R. Norgle ) |
| DANIELLE HARRISON, an individual, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Cornerstone Assurance Group, Inc. ("Plaintiff"), by and through its undersigned attorneys, hereby moves to voluntarily dismiss the above matter with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

A. Granting Plaintiff's motion for voluntary dismissal; and

B. Dismissing this lawsuit, with prejudice and with each party to bear all its own costs and expenses, including, but not limited to, attorneys' fees.

        Respectfully submitted,

        CORNERSTONE ASSURANCE GROUP, INC.

        By:    s/ Patrick E. Deady
              One of Its Attorneys

Patrick E. Deady
J. Michael Tecson
Hogan Marren Babbo & Rose, Ltd.
321 N. Clark Street, Suite 1301
Chicago, Illinois 60654
(312) 946-1800